IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LIYSA ANN KING NORTHON,   CV. 07-1747-KI

        Petitioner,   ORDER

  v.

NANCY HOWTON,

        Respondent.

KING, Judge

    Petitioner's motion to voluntarily dismiss petition (#27) is GRANTED.  This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this ____16th____ day of September, 2008.

                                /s/ Garr M. King
                              Garr M. King
                              United States District Judge

1 -- ORDER